IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA MIMS and JOSHUA JACKSON, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-0644 |
| | § | |
| J.D. OLIVER and DOES 1-20, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## AMENDED MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Amended Memorandum and Recommendation dated September 22, 2015,[1] the court is of the opinion that said Amended Memorandum and Recommendation (Docket Entry No. 23) should be adopted by this court.

It is, therefore, **ORDERED** that the Amended Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 9th day of October, 2015.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Amended Memorandum and Recommendation.