IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA MIMS and JOSHUA JACKSON, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-15-644 |
| J.D. OLIVER, | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 18, 2017, and Plaintiff's objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court. It is, therefore,

**ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 17th day of August, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE