United States District Court
Southern District of Texas
**ENTERED**
August 17, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA MIMS and JOSHUA JACKSON, § § Plaintiffs, § § v. § § J.D. OLIVER, § § Defendant. § | CIVIL ACTION NO. H-15-644 |

### FINAL JUDGMENT

In accordance with the Order Adopting Magistrate Judge's Memorandum and Recommendation signed on this date, it is hereby **ADJUDGED** that all of Plaintiffs' federal claims are **DISMISSED WITH PREJUDICE.** The court declines to exercise supplemental jurisdiction over Plaintiffs' state claims and they are **DISMISSED WITHOUT PREJUDICE.**

All relief not granted herein is **DENIED.** Defendant is awarded his costs.

THIS IS A **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 17th day of August, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE